WILLIAM KELLEY, vs. WILLIAM FINAL AND FRED. W. CARLISLE.

Court was in session from July 8th to 10th, and then adjourned until July 26th. Default entered July 8th—made absolute, July 14th—Judgment, July 26th—motion to set aside default, July 28th. *Held*, default irregular.

*In Circuit Court for Saginaw County, July,* 1869.

The Court was in session from the 8th to the 10th of July, 1869—the term was then adjourned until July 26th. Default entered July 8th—made absolute, July 14th—Judgment taken, July 26th—motion by defendant entered to set aside the default as irregular, July 28th—the objection to the default is, that it was made absolute *before four days in term had elapsed, after the default.*

*C. W. Wisner,* for Plaintiff.

*W. A. Clark,* for Defendant.

*By the Court,* SUTHERLAND, J. — The default is irregular—the defaulting party is entitled to four days of term when the Court is in session, so as to entertain the motion required by Rule 27, to be made within that time.

Default set aside with costs of the motion.